DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENEE WEAVER,**
Appellant,

v.

**DANIEL WEAVER,**
Appellee.

No. 4D21-1996

[August 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case No. 50-2018-DR-003419-XXXX-MB.

Marti Goldstein of Marti Goldstein, P.A., Coral Gables, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

The appellant challenges an amended final judgment of dissolution of marriage. We affirm with respect to all but one of the issues raised. The trial court erroneously failed to include findings of fact in the order on appeal as required by section 61.08, Florida Statutes (2020), and we reverse and remand for the trial court to make these findings.

*Affirmed in part, reversed in part, and remanded with instructions.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***